UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22223-CIV-AMS

[CONSENT CASE]

JUAN ANTONIO BROCQ TREMOLADA and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
)
Plaintiff, )
vs. )
)
NEWPORT UNIVERSAL GROUP CORP, )
JAVIER CHOROSZCZ, )
)
Defendants. )
_____ )

## NOTICE OF SETTLEMENT

The undersigned hereby notices the Court that the above-captioned matter has been settled as to all Parties pursuant to an amicable resolution among the Parties.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR DEFENDANTS**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:___/s/____K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT ON 8/5/16 VIA CM/ECF TO:**

**ALL CM/ECF RECIPIENTS**

**ROBERTO E. ABREU, ESQ.
THE ABREU LAW FIRM, LLC
2340 SOUTH DIXIE HIGHWAY
MIAMI, FL 33133
PHONE: 305-859-7330
FAX:  305-859-7335
ROBERT@ABREULAW.COM**

**BY:___/s/___K. David Kelly_____
K. DAVID KELLY, ESQ.**