UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JUAN ANTONIO BROCQ TREMOLADA     CASE NO. 15-cv-22223-KMW
and all others similarly situated under 29
U.S.C. 216(b),

        Plaintiff,

v.

NEWPORT UNIVERSAL GROUP CORP.,
and JAVIER CHOROSZCZ,

        Defendants

_____/

**JOINT MOTION TO APPROVE PARTIES' SETTLEMENT
AND FOR DISMISSAL WITH PREJUDUCE**

COME NOW the Parties, Plaintiff, JUAN ANTONIO BROCQ TREMOLADA (hereinafter "TREMOLADA") and Defendants, NEWPORT UNIVERSAL GROUP CORP. and JAVIER CHOROSZCZ (collectively "Defendants"), by and through respective counsel and hereby notify the Court that the Parties have resolved this matter and all claims raised herein and stipulate to the dismissal of this action with prejudice upon approval of the Parties' Settlement Agreement and Mutual General Release, resolving the matter as set forth therein. In support, the parties state as follows:

    1.    Plaintiff, TREMOLADA, filed a claim under case number 15-cv-22223-KMW under the Fair Labor Standards Act (FLSA), the Florida Statutes, and the Florida Constitution for minimum wage and overtime wages whereby the Plaintiff alleged that he was not paid the appropriate minimum wages and overtime wages for the work he performed for Defendants.

2. Defendants deny Plaintiff's allegations in their entirety and have asserted affirmative defenses. Defendants state that Plaintiff was properly compensated for all hours worked during his employment and that no overtime wages are due or owing. However, defendants have agreed to enter into a settlement agreement with Plaintiff for the sole purpose of avoiding the costs and uncertainty of litigation.

3. The Parties have engaged in settlement negotiations, resulting in an accord and satisfaction embodied in the Settlement Agreement and Mutual General Release, which contains a confidentiality provision in paragraph 9, and which the Parties believe and agree represents a fair, reasonable and adequate settlement of the Plaintiff's claims against Defendants.

4. A copy of the Settlement Agreement and Mutual General Release has been submitted to the Court via email simultaneously with the filing of this Motion.

5. The Parties are in agreement that this Court may enter an Order Approving the Settlement Agreement, Dismissing Case with Prejudice as to Defendants, and Closing Case after scrutinizing the settlement for fairness and approving the settlement. *See*, Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

6. Aside from Plaintiff and Defendants, there are no other parties to this action.

WHEREFORE, the parties respectfully request the Court: (1) approve the Parties' Settlement Agreement and Mutual General Release; resolving the matter on the terms set forth therein; and (2) dismiss this case with prejudice against the Defendants; (3) retain jurisdiction for the limited purpose of enforcing the Parties' Settlement Agreement and Mutual General Release.

Respectfully submitted,

| | |
|---|---|
| *By: /s/ Stephen M. Fox, Jr.* | *By: /s/ Robert E. Abreu, Esq.* |
| STEPHEN M. FOX, JR., ESQ. | ROBERT E. ABREU, ESQ. |
| Fla. Bar No. 110359 | Fla. Bar No. 0691119 |
| J.H. ZIDELL, P.A. | THE ABREU LAW FIRM, LLC |
| 300 71st Street, Suite 605 | 2340 South Dixie Highway |
| Miami Beach, FL 33141 | Miami, FL 33133 |
| Telephone: (305) 865-6766 | Telephone: (305) 859-7330 |
| Facsimile: (305) 865-7167 | Facsimile: (305) 859-7335 |
| E-Mail: Stephen.fox.esq@gmail.com | E-mail: robert@abreulaw.com |
| ATTORNEY FOR PLAINITFF | ATTORNET FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case on this 12th day of August, 2016.

By: /s/ *Robert E. Abreu, Esq.* .
ROBERT E. ABREU, ESQ.