UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JUAN ANTONIO BROCQ TREMOLADA          CASE NO. 15-cv-22223-KMW
and all others similarly situated under 29
U.S.C. 216(b),

        Plaintiff,

v.

NEWPORT UNIVERSAL GROUP CORP.,
and JAVIER CHOROSZCZ,

        Defendants
_____/

**ORDER APPROVING JOINT MOTION FOR APPROVAL OF PARTIES'
SETTLMENT AGREEMENT AND STIPULATED DISMISSAL WITH PREJUDICE**

Having reviewed the Settlement Agreement and Mutual Release between Plaintiff, JUAN ANTONIO BROCQ TREMOLADA and Defendants, NEWPORT UNIVERSAL GROUP CORP. and JAVIER CHOROSZCZ, it appears to the Court that due cause exists to approve settlement and dismiss the case with prejudice regarding Plaintiff's claims against Defendants and enter Final Judgments regarding Plaintiff's claims against NEWPORT UNIVERSAL GROUP CORP. and JAVIER CHOROSZCZ, with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement and Mutual General Release. I is therefore:

**ORDERED** and **ADJUDGED** that the Settlement Agreement is hereby **APPROVED** by the Court under <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), and the case is **DISMISSED WITH PREJUDICE as to the Plaintiff's**

**claims against Defendants**, pursuant to the terms of the Settlement Agreement and Mutual General Release and with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement and Mutual General Release.

      **DONE AND ORDERED** in chambers, at Miami, Florida, this _____ day of August 2016.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

cc:	All Counsel of Record