UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22223-CIV-SIMONTON

JUAN ANTONIO BROCQ TREMOLADA,

    Plaintiff,

vs.

NEWPORT UNIVERSAL GROUP CORP.,
AND JAVIER CHOROSZCZ,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT
## AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court upon the Joint Motion for Approval of Parties' Settlement and Dismissal with Prejudice, ECF No. [52]. Pursuant to the consent of the Parties, the Honorable Kathleen M. Williams, United States District Judge, has referred this matter to the undersigned Magistrate Judge for all further proceedings, including trial by jury and entry of final judgment, ECF No. [37].

This action involves claims brought by Plaintiff Juan Antonio Brocq Tremolada against Defendants Newport Universal Group Corp., and Javier Choroszcz for alleged overtime violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA"), ECF No. [1]. The Parties have filed the instant Joint Motion requesting, *inter alia*, that the undersigned approve the Settlement Agreement, dismiss the action with prejudice and retain jurisdiction to enforce the Settlement Agreement, ECF No. [52]. The Parties have submitted the executed Settlement Agreement to the undersigned for review and requested that the Court retain jurisdiction of the limited purpose of enforcing the Parties' Settlement Agreement and Mutual General Release.

In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable

resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.*  The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id.* at 1354.

The undersigned has considered the terms of the written Settlement Agreement, as well as the pertinent portions of the record, and is otherwise fully advised in the premises.  Based thereon, the undersigned finds that the settlement reached by the Parties is a fair and reasonable resolution of the Parties' bona fide dispute.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion to Approve Parties' Settlement and Dismissal with Prejudice, ECF No. [59]. is **GRANTED**.  It if further

**ORDERED AND ADJUDGED** that the Settlement Agreement is **APPROVED**.  It is further

**ORDERED AND ADJUDGED** that, as requested by the Parties in the Motion, the Court shall retain jurisdiction over this matter to enforce the Parties' Settlement Agreement and Mutual General Release until September 30, 2016.  It is further

**ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice, the case is hereby **CLOSED** and all pending Motions are **DENIED** as **MOOT**.

**DONE AND ORDERED** in chambers at Miami, Florida, on August 29, 2016.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies provided via CM/ECF to:**

**All counsel of record**